**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER**
Presiding in Grand Junction, Colorado

Courtroom Deputy:   Patricia Glover          Date: May 2, 2016
Court Reporter:     Terri Lindblom
Probation Officer:  Denise Dohanic

Criminal Action No. 15-cr-00374-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Peter Hautzinger

           Plaintiff,

v.

DENNIS ROBERT SCHNEIDER,                     Matthew Belcher

           Defendant.

_____

**SENTENCING MINUTES**
_____

**11:03 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on January 25, 2016 before Magistrate Gordon P. Gallagher. Defendant pled guilty to Counts 2 and 3 of the Indictment.**  The Court adopts the recommendation of the Magistrate Judge to accept the defendant's plea of guilty to Counts 2 and 3 of the Indictment.

The Government orally moves to dismiss Count 1 of the Indictment. Defendant has no objection.

**ORDER**:    The Government's oral motion to dismiss Count 1 of the Indictment is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

The Defendant **does** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #38).** Argument.

Allocution. - Statements made by: The Government, the defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:**     Defendant's Motion for Non-Guideline Sentence (**Doc. #38**) is **DENIED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant shall surrender no later than 15 days after designation of a facility by the United States Bureau of Prisons.

**ORDER:**     Bond will be exonerated when defendant reports to the designated facility.

**11:51 a.m.**     **Court in recess.**

Total Time:     48 minutes.
Hearing concluded.